UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALFONSO ALVAREZ<br>LISA VELEZ,<br><br>　　　　　Defendants, | Case No. 20-CR-3721-JLS<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |

　　　　The United States of America and Defendants Alfonso Alvarez and Lisa Velez jointly move to continue the motion hearing and trial setting set for June 18, 2021 at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

　　　　For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

　　　　IT IS ORDERED that the joint motion is granted. The motion hearing and trial setting shall be continued to July 9, 2021, at 1:30 p.m. Defendant Velez shall file an acknowledgment of the new hearing date by June 25, 2021.

　　　　IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until July 9, 2021 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

　　　　IT IS SO ORDERED.

Dated: June 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge